963 A.2d 813

IN THE MATTER OF DOREEN M. GOLDBRONN, AN ATTORNEY AT LAW (ATTORNEY NO. 027351980).

January 16, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–152, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **DOREEN M. GOLDBRONN** of **PALM HARBOR, FLORIDA,** who was admitted to the bar of this State in 1980, should be censured based on discipline imposed in Florida for unethical conduct that in New Jersey violates *RPC* 1.4(c) (failure to explain matter to client to extent necessary for informed decisions), *RPC* 1.7(a) (representing client where representation may be materially limited by lawyer's personal interest), *RPC* 1.8(a) (business transaction with client or knowingly acquiring pecuniary interest adverse to client), *RPC* 3.3(a)(1) (knowingly making false statement of material fact or law to tribunal), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **DOREEN M. GOLDBRONN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.